# EXHIBIT 3

US0D1034109S

(12) **United States Design Patent**  (10) Patent No.: **US D1,034,109 S**
Koenig et al.  (45) **Date of Patent:** ** **Jul. 9, 2024**

(54) **EXPANDABLE PIZZA CONTAINER**

(71) Applicants: **Tate Koenig**, Aurora, OR (US); **Matt Poeschi**, Aurora, OR (US)

(72) Inventors: **Tate Koenig**, Aurora, OR (US); **Matt Poeschi**, Aurora, OR (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/836,010**

(22) Filed: **Apr. 22, 2022**

(51) **LOC (14) Cl.** .............................................. **07-07**
(52) **U.S. Cl.**
 USPC .......................................................... **D7/629**
(58) **Field of Classification Search**
 USPC ................. D7/605–607, 709, 710, 629, 630; D3/201, 203.1–203.8, 202–206
 CPC ........ B65D 85/54; B65D 85/36; B65D 43/00; B65D 43/0204; B65D 2585/00; B65D 2585/366; B65D 81/3461; B65D 21/086
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,990,345 | A | * | 2/1991 | Webb ................... | B65D 77/245 |
| | | | | | 220/255 |
| 5,269,430 | A | * | 12/1993 | Schlaupitz ........... | B65D 43/162 |
| | | | | | 220/4.23 |
| D391,808 | S | * | 3/1998 | Voege .............................. | D7/610 |
| D418,371 | S | * | 1/2000 | Whitehead ..................... | D7/629 |
| D455,614 | S | * | 4/2002 | Miller ............................. | D7/629 |
| 8,317,047 | B2 | * | 11/2012 | Vanderberg ............... | F25D 3/06 |
| | | | | | 220/666 |
| 11,325,753 | B2 | * | 5/2022 | Johnson ............. | B65D 81/3813 |
| D974,123 | S | * | 1/2023 | Koenig ........................... | D7/629 |
| D983,619 | S | * | 4/2023 | Qiu ................................. | D7/629 |
| 11,661,260 | B1 | * | 5/2023 | Koenig ................ | B65D 77/046 |
| | | | | | 220/23.87 |
| 2014/0262920 | A1 | * | 9/2014 | Andrews ................ | B65D 85/36 |
| | | | | | 29/592 |

OTHER PUBLICATIONS

Amazon.com, Pizza Pack Store, The Perfect Pizza Pack—Reusable Pizza Storage Container. ASIN: B09R1B28C6, date first available Feb. 28, 2022 (Year: 2022).*
Amazon.com, Pizza Shell—Reusable Pizza Storage Container, Collapsible. ASIN: B0BM87KM34. date first available Nov. 13, 2022 (Year: 2022).*

* cited by examiner

*Primary Examiner* — Terry A Wallace
(74) *Attorney, Agent, or Firm* — Mark S Hubert

(57) **CLAIM**

We claim the ornamental design for an expandable pizza container, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of an expandable pizza container showing my new design; and,
FIG. **2** is a top view of the expandable pizza container.
The body of the expandable pizza container is disclaimed. Any portion of the body and the bottom of the lid forms no part of the claimed design. Applicant seeks only to claim the configuration of the top of the lid. (The body of the expandable pizza container is shown in broken lines for illustrative purposes only and forms no part of the claimed design.)

**1 Claim, 2 Drawing Sheets**





FIG. 1



FIG. 2